**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| TIMOTHY TRACEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v | ) | |
| | ) | Civil Action No. |
| CREDIT ACCEPTANCE | ) | 3:15-CV-00982-MPS |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | October 27, 2015 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Timothy Tracey and

Defendant Credit Acceptance hereby stipulate to the dismissal with prejudice of the above-

captioned Action.  Plaintiff and Defendant shall each bear their own costs and expenses.

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| TIMOTHY TRACEY | CREDIT ACCEPTANCE |
| | |
| /s/ Angela K. Troccoli | /s/ Benjamin M. Schmidt |
| Angela K. Troccoli, Esquire (ct28597) | Benjamin M. Schmidt (ct27201) |
| Kimmel & Silverman, PC | Ballard Spahr LLP |
| 136 Main Street Suite 301 | 1735 Market Street, 51st Floor |
| Danielson, CT 06239 | Philadelphia, PA 19103-7599 |
| Telephone (860) 866-4380 | Telephone (215) 864-8136 |
| Facsimile (860) 263-0919 | Facsimile (215) 864-8999 |
| atroccoli@creditlaw.com | schmidtb@ballardspahr.com |

## ORDER

**AND NOW**, this ___ day of October 2015, upon consideration of Plaintiff's Notice of
Voluntary Dismissal (ECF Doc. No. __), it is **ORDERED** all of Plaintiff's claims are
**DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
The Clerk of Court is directed to close this case for statistical and all other purposes.


Dated: _____, 2015  By: _____

                                                                                                            **SHEA, J.**